**PHILA. PROFESSIONAL COLLECTIONS**

v.

**MICKMAN, E.**

**1752 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

Reargument Denied 6/2/2017

November Term 2014 No. 002793 (Philadelphia)

Quashed

■

**Z.R.V.**

v.

**E.S.**

**1789 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

No. 2015–PF–1045 (Lehigh)

Affirmed

■

**COM.**

v.

**THRONE, J.**

**1925 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–09–CR–0001483–2016 (Bucks)
Affirmed

■

**COM.**

v.

**HOOKS, R.**

**1936 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–51–CR–0912111–2003 (Philadelphia)
Affirmed

■

**COM.**

v.

**BLACK, M.**

**2586 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–51–CR–0010501–2011 (Philadelphia)
Affirmed

